AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tunheim, John R | District of Minnesota | 8/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 13E United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

DISCLOSURE OF FINANCIAL
2007 AUG 17 A 4:
RECEIVED

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member and House Delegate | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director and President | Norwegian-American Historical Association (nonprofit organization) |
| 3. Director | Federal Judges Association |
| 4. Director | American Judicature Society |
| 5. Director | Federal Bar Association, Minnesota Chapter |
| 6. Liaison | Advisory Committee to the Standing Committee on Election Law, American Bar Association |
| 7. Advisor | Advisory Committee to the Norwegian Nobel Peace Prize Forum |
| 8. Advisor | Advisory Board to the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota |
| 9. Regent | Concordia College, Moorhead, MN |
| 10. Board Member | Board of Visitors, University of Minnesota Law School, Minneapolis, MN |
| 11. Committee Member | Executive Committee, Conference of Federal Trial Court Judges, Judicial Division, American Bar Association |
| 12. Task Force Member and Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. |  |  |
| 2. |  |  |
| 3. |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Tunheim Partners, Minneapolis, MN |
| 2. | 2006 | Bush Foundation, St. Paul, MN (Director Compensation) |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | 5/7/06 - 5/9/06 (Arlington, VA) transportation, lodging and food to participate in meeting of Board of Directors |
| 2. | American Bar Association, Government and Public Sector Lawyers Division | 10/13/06 - 10/14/06 (Denver, CO) transportation and lodging to attend council meeting |
| 3. | American Bar Association, Government and Public Sector Lawyers Division | 2/12/06 (Chicago, IL) lodging and food for council meeting |
| 4. | American Bar Association, Criminal Justice Section | 3/25-3/26/06 (Minneapolis, MN); 7/8-7/9/06 (Chicago, IL) transportation and lodging (Chicago) for Task Force Meeting. |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/13/2007 |

| | | |
|---|---|---|
| 5. | American Bar Association, Criminal Justice Section | 9/8-9/11/06 (San Francisco, CA); 11/17-11/19/06 (Washington, DC) transportation and lodging for Task Force Meeting. |
| 6. | University of Florida College of Law | 3/2/06 - 3/3/06 (Gainesville, FL) transportation and food for judging moot court competition. |
| 7. | Aspen Institute | 3/31/06 - 4/2/06 (Queenstown, MD) transportation, food and lodging for seminar |
| 8. | Concordia College, Moorhead, MN | 4/20 -4/22/06 (Moorhead); 12/7-12/8/06 (Minneapolis) transportation, lodging (Moorhead) and food for Regents meetings. |
| 9. | American Judicature Society | 6/12/06 - 6/13/06 (Greensboro, NC) transportation, lodging and food for director search meeting. |
| 10. | Federal Circuit Bar Association | 6/28/06 - 6/30/06 (Albuquerque, NM) transportation, lodging and food for conference. |
| 11. | National Association of Attorneys General | 11/27/06 (Fort Lauderdale, FL) transportation, lodging and food for speech. |
| 12. | American Conference Institute | 12/15/06 - 12/17/06 (New York, NY) transportation and lodging for speaking at seminar. |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership (est. dues) | Minneapolis Club | $ 4200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Excel Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | | None | K | T | | | | | |
| 4. Tunheim Partners Co. 401(k) Fidelity Advisors Ltd Term (form | | None | M | T | | | | | |
| 5. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 6. Schwab Bank Deposit Account | A | Interest | | | BUY | var | J | | |
| 7. | | | | | SELL | var | J | | |
| 8. Wells Fargo Bank | B | Interest | L | T | | | | | |
| 9. American Balanced Fund - All Cap Blend | D | Dividend | M | T | | | | | |
| 10. Dodge & Cox Balanced | C | Dividend | M | T | | | | | |
| 11. Washington Mutual Investors | B | Dividend | K | T | | | | | |
| 12. Investment Co of America | B | Dividend | K | T | | | | | |
| 13. Baron Asset | B | Dividend | K | T | | | | | |
| 14. Capital World Growth & Income | B | Dividend | K | T | | | | | |
| 15. Royce Total Return | A | Dividend | K | T | | | | | |
| 16. New World Fund | A | Dividend | J | T | | | | | |
| 17. Capitol Income Builder | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1st Clearing Bank Deposit (formerly Money Market Fund) | A | Interest | K | T | BUY | var | J | | |
| 19. | | | | | SELL | var | J | | |
| 20. Sit MN Tax Free Income | A | Dividend | J | T | | | | | |
| 21. Schwab Advisor Cash Reserve | A | Dividend | K | T | BUY | var | K | | |
| 22. | | | | | SELL | var | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ Aug 13 . 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544